

# TENTH COURT OF APPEALS

**Chief Justice**
*Tom Gray*

**Justices**
*Rex D. Davis*
*Al Scoggins*

McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373
Phone: (254) 757-5200     Fax: (254) 757-2822

**Clerk**
*Sharri Roessler*

August 26, 2015

Hon. Linda Watkins
Falls County Clerk
P.O. Box 458
Marlin, TX 76661

**RE:**     Court of Appeals Number:     10-07-00364-CV
            Trial Court Case Number:     7048

**STYLE:**  In the Estate of Christine Falsone, Deceased

As you requested in your letter dated April 9, 2015 in response to this Court's record retention letter, the following records are being returned to you:

1) Clerk's Record – 1 volume; and
2) Reporter's Record – 2 volumes.

Please note the date of receipt and sign where indicted on the bottom of this letter and return it to us for our records.

Sincerely,

SHARRI ROESSLER, CLERK

By: *Nita Whitener*
    Nita Whitener, Deputy Clerk

Enclosure

Received  Linda Watkins

By  Sandy Hodges

**FILED_____M**

**AUG 3 1 2015**

LINDA WATKINS
CO. CLK. FALLS CO.